# ally® SmartLease

DEAL# 27661

| Lessee (and Co-Lessee) ("You") | | Lessor |
|---|---|---|
| Name and address, including county<br>TASHMAINE MONIETA FORDE<br>[redacted] | Garaging address (if different)<br><br>Principal driver (if business use) | PALMETTO ALFA ROMEO FIAT<br>13110 BISCAYNE BLVD<br>NORTH MIAMI, FL<br>33181 |

This is an agreement to lease a vehicle. This is not a purchase agreement. You are not buying the vehicle. By signing this lease, you agree to everything on the front and back.

"We," "us," and "our" refer to Lessor named above and any assignee. An "assignee" is a person to whom this lease is assigned (if it is assigned). Ally helped to arrange this lease {strike if inapplicable}. Unless otherwise indicated below, Lessor will assign this lease and sell the vehicle to Ally Bank Lease Trust (Assignee).
☐ If this box is checked, Lessor will assign this lease and sell the vehicle to _____ (Assignee).
☐ If this box is checked, Lessor intends not to assign this lease.

**Monthly Payment Lease.** If your payment schedule shows monthly scheduled payments (Section 2(a)), your lease is a monthly payment lease.
**Single Payment Lease.** If your payment schedule shows a single scheduled payment (Section 2(b)), your lease is a single payment lease.

## The Vehicle You Are Leasing

| New/Used | Year | Make & Model | Body Style | Vehicle ID # | Mileage | Primary Use: Personal, unless otherwise indicated below |
|---|---|---|---|---|---|---|
| NEW | 2019 | ALFA ROMEO STELVIO | SUV | ZASPAKBN1K7C49649 | 143 | ☐ Commercial, Business, or Agricultural |

Dealer Installed Options _____ GVW (if truck) _____ ☐ Public Conveyance

## Federal Consumer Leasing Act Disclosures

| 1. Amount Due at Lease Signing or Delivery (Itemized Below)* | 2(a). Monthly Scheduled Payments<br>Your first monthly payment of $ 489.24<br>is due on 11/06/2019, followed<br>by 3 payments of $ 489.24<br>due on the 6TH of each month. The total<br>of your monthly payments is $ 19080.36<br>2(b). Single Scheduled Payment<br>Your single payment of $ N/A is due<br>on N/A. This is the total<br>of your scheduled payments. | 3. Other Charges (not part of your scheduled payment)<br>Disposition fee (if you do not purchase the vehicle and we do not waive the fee under Section 14) $ N/A<br>$ N/A<br>Total $ N/A | 4. Total of Payments<br>(The amount you will have paid by the end of the lease.) |
|---|---|---|---|
| $ 6250.00 | | | $ 24841.12 |

### * Itemization of Amount Due at Lease Signing or Delivery

5. Amount Due at Lease Signing or Delivery:
   a. Capitalized cost reduction . . . . . . . . . . . $ 5086.60
   b. First monthly payment . . . . . . . . . . . . . . . $ 489.24
   c. Single scheduled payment . . . . . . . . $ N/A
   d. Refundable security deposit . . . . . . . . . $ N/A
   e. Title fees . . . . . . . . . . . . . . . . . . . . . . . . . $ N/A
   f. Registration fees . . . . . . . . . . . . . . . . . . $ 250.00
   g. Sales/use tax . . . . . . . . . . . . . . . . . . . . . $ 355.66
   h. RENT$60 TIRE$5 BATT$1.50 . . . . . . . . $ 66.50
   i. LEMON LAW . . . . . . . . . . . . . . . . . . . . . $ 2.00
   j. N/A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ N/A
   k. N/A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ N/A
   l. N/A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ N/A
   m. Total . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6250.00

6. How the Amount Due at Lease Signing or Delivery will be paid:
   a. Net trade-in allowance . . . . . . . . . . . . . . . $ N/A
   b. Rebates and noncash credits . . . . . . . . . $ 3500.00
   c. Amount to be paid in cash . . . . . . . . . . . $ 2750.00

   d. Total . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6250.00

(e) means estimate

### 7. Your scheduled payment is determined as shown below:

a. **Gross capitalized cost.** The agreed upon value of the vehicle ($ 45419.97) and any items you pay for over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance) . . . . . . . . . . . . . $ 47698.97

b. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . − $ 5086.60

c. **Adjusted capitalized cost.** The amount used in calculating your base scheduled payment . . . . . . . . . . . . . . . . . . = $ 42612.37

d. **Residual value.** The value of the vehicle at the end of the lease used in calculating your base scheduled payment . . . . − $ 24936.10

e. **Depreciation and any amortized amounts.** The amount charged for the vehicle's decline in value through normal use and for other items paid over the lease term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ 17676.27

f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts . . . . . . . . . . . . . . . + $ 155.70

g. **Total of base scheduled payment(s).** The depreciation and any amortized amounts plus the rent charge . . . . . . . . = $ 17831.97

h. **Lease payments.** The number of payments in your lease . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ÷ 39

and for other items paid over the lease term............................................. = $ _____ 17875.27

f. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts............ + $ _____ 155.70
g. **Total of base scheduled payment(s).** The depreciation and any amortized amounts plus the rent charge........... = $ _____ 17831.97
h. **Lease payments.** The number of payments in your lease............................... ÷ _____ 39
i. **Base scheduled payment**................................................... = $ _____ 457.23
j. **Sales/use tax (estimated)**................................................... + $ _____ 32.01
k. N/A ............................................................. + $ _____ N/A
l. **Total scheduled payment**.................................................. = $ _____ 489.24

**Early Termination.** You may have to pay a substantial charge if you end this lease early. **The charge may be up to several thousand dollars.** The actual charge will depend on when the lease is terminated. The earlier you end the lease, the greater this charge is likely to be.

8. **Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of ____10,000____ miles per year at the rate of $ __.20__ per mile.
9. **Purchase Option at End of Lease Term.** You have an option to buy the vehicle at the end of the lease term for $__24936.10__, plus official fees and taxes.
10. **Other Important Terms.** See your lease documents for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, and insurance.

11. **Itemization of Gross Capitalized Cost.**
   a. Agreed upon value of the vehicle.......... $ ___45419.97___
   b. Ally administrative fee.................... + $ ___N/A___
   c. License/registration/title fees............... + $ ___299.00___
      i. License fees....................... $ ___299.00___
      ii. Registration fees.................. $ ___N/A___
      iii. Title fees....................... $ ___N/A___
   d. Sales tax........................... + $ ___N/A___
   e. Other tax (describe) __N/A__......... + $ ___N/A___
   f. Optional service contract............... + $ ___N/A___
   g. Optional maintenance contract........... + $ ___N/A___
   h. Optional life insurance.................. + $ ___N/A___
   i. Optional disability insurance............... + $ ___N/A___
   j. Dealer predelivery service charge **....... + $ ___1980.00___
      i. Predelivery service fee.......... $ ___1980.00___
      ii. Electronic title/registration filling fee. $ ___N/A___
      iii. N/A .......................... $ ___N/A___

   ** This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

   k. __N/A__ ......................... + $ ___N/A___
   l. __N/A__ ......................... + $ ___N/A___
   m. __N/A__ ......................... + $ ___N/A___
   n. __N/A__ ......................... + $ ___N/A___
   o. __N/A__ ......................... + $ ___N/A___
      p. **Gross Capitalized Cost**........... = $ ___47698.97___

12. **The Vehicle You Are Trading.** __N/A__
    (year) (make) (model)
    Gross trade-in value..................... $ ___N/A___
    Payoff............................... − $ ___N/A___
    Net trade-in value....................... = $ ___N/A___

13. **Official Fees and Taxes.** You will pay all government license, title, registration, testing, and inspection fees for the vehicle. You will pay all taxes on the lease, payments due under the lease, or the vehicle that the government levies on you, the vehicle, or us (except our net income taxes). We may change your monthly payment if taxes change. We may bill you separately for official fees and taxes.

**Estimated Total Official Fees and Taxes You Must Pay During Lease.** $ ___3154.55___

The actual total of official fees and taxes may be higher or lower depending on tax rates in effect or the vehicle value when a fee or tax is assessed.

14. **Disposition Fee Waiver.** We will waive any Disposition Fee shown in Section 3 if, at the time this lease ends, you enter into a motor vehicle lease or installment sale contract that the dealer assigns to Ally.
15. **Lease Term:** ___39___ months.
16. **Total Allowed Mileage.** The total mileage allowed on the odometer at lease end is ___32,644___ miles.
    **Extra Miles.** The total allowed mileage includes _____ extra miles that you are buying at $ __N/A__ per mile. If this lease ends on or after the start of the next-to-last monthly period, we will give you a credit for each unused extra mile you bought. **There will be no credit if the lease ends earlier, you buy the vehicle, or the vehicle is a total loss.**
17. **Required Vehicle Insurance Information.** You affirm that liability and physical damage policies that meet our requirements (see the other side) are in force on the date of this lease as follows:
    Insurance company name: _____
    Insurance agency name: _____
    Agency address: _____
    Agency phone no.: _____
    Agent's name: __N/A__
    Policy no.: __N/A__
    Deductibles: Collision $ ___N/A___ / Comprehensive $ ___N/A___

**Insurance Notice**
The valid and collectible insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by sections 324.021(7) and 627.736, Florida Statutes.

18. **WARRANTY AND EXCLUSION OF WARRANTY.** You have the benefit of the standard manufacturer's warranty unless this box is checked. ☐
    ☐ If this box is checked, you have the benefit of the following warranty: __N/A__

Warranty papers that are separate from this lease state any coverage limits. The law gives you a warranty that the vehicle conforms to the description in this lease. **THERE ARE NO OTHER EXPRESS WARRANTIES ON THE VEHICLE.**

Unless Lessor makes a written warranty or enters into a service contract within 90 days from the date of this lease, **LESSOR MAKES NO IMPLIED WARRANTY OF MERCHANTABILITY, AND THERE IS NO IMPLIED WARRANTY THAT THE VEHICLE IS FIT FOR A PARTICULAR PURPOSE.** If Lessor makes a written warranty or enters into a service contract within 90 days from the date of this lease, then any implied warranty of merchantability and any warranty that the vehicle is fit for a particular purpose are limited in duration to the longer of the term of the written warranty or the term of the service contract.

Net trade-in value .................. = $ _____ N/A

**13. Official Fees and Taxes.** You will pay all government license, title, registration, testing, and inspection fees for the vehicle. You will pay all taxes on the lease, payments due under the lease, or the vehicle that the government levies on you, the vehicle, or us (except our net income taxes). We may change your monthly payment if taxes change. We may bill you separately for official fees and taxes.

Estimated Total Official Fees and Taxes You
Must Pay During Lease.         $ _____ 3154.55 _____

The actual total of official fees and taxes may be higher or lower depending on tax rates in effect or the vehicle value when a fee or tax is assessed.

**PURPOSE.** If Lessor makes a written warranty or enters into a service contract within 90 days from the date of this lease, then any implied warranty of merchantability and any warranty that the vehicle is fit for a particular purpose are limited in duration to the longer of the term of the written warranty or the term of the service contract.

**19. Optional Insurance, Service Contracts, and Maintenance Agreements. We do not require any of the insurance, products, or services listed in this section.** Your decision to buy them or not buy them is not a factor in our decision to approve this lease. We will try to get any optional insurance coverage(s) that you initial below. A notice you receive when you sign this lease describes the coverage(s) in greater detail. Life insurance and disability insurance may not cover taxes and other amounts due besides the base monthly payment.
You are not required to buy a service contract or maintenance agreement as part of this lease. Your choice of providers for any service contract or maintenance agreement you buy will not affect our decision to lease to you.

| Optional Insurance | Coverage | Charge or Premium | Provider | By initialing below, you indicate you want the insurance |
|---|---|---|---|---|
| Life Insurance (Monthly Payment Lease Only) | ___ Lessee ___ Co-Lessee<br>Coverage is for lease term<br>Coverage limit $ ___ N/A | $ ___ N/A | N/A | Lessee/Co-Lessee initials<br>___ N/A ___ / ___ N/A ___ |
| Disability Insurance (Monthly Payment Lease Only) | Lessee<br>Coverage is for lease term<br>Monthly Coverage limit $ ___ N/A | $ ___ N/A | N/A | Lessee/Co-Lessee initials<br>___ N/A ___ / ___ N/A ___ |
| N/A | ___ N/A Months ___ N/A Miles<br>Coverage limit $ ___ N/A | $ ___ N/A | N/A | Lessee/Co-Lessee initials<br>___ N/A ___ / ___ N/A ___ |
| Other Optional Product or Service | | | Term | |
| N/A | | | ___ N/A Months, ___ N/A Miles | |
| N/A | | | ___ N/A Months, ___ N/A Miles | |

### Signatures

**THIS IS THE ENTIRE AGREEMENT.** This lease, including the front and back of this form, contains the entire agreement between you and us relating to the lease of the vehicle. Any change to this lease must be in writing, and we must sign it. No oral changes are binding.
LESSEE: X _[signature]_         BY: X _____         CO-LESSEE: X _____ N/A _____

We may delay or refrain from enforcing any of our rights under this lease without losing them.
**NOTICE TO LESSEE. 1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT.   2. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.**
YOU AGREE TO THE TERMS OF THIS LEASE. YOU CONFIRM THAT BEFORE YOU SIGNED THIS LEASE, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.
YOU CONFIRM THAT YOU SIGNED THIS AGREEMENT AND RECEIVED A COPY AT_ NORTH MIAMI _, FL _ ON _ 11 / 06 / 2019 _
                                                                          (city)        (state)        (month)(day)(year)
LESSEE: X _[signature]_         BY: X _____         CO-LESSEE: X _____ N/A _____

Lessor agrees to the following: (1) Lessor accepts this lease. (2) If a party is identified in this lease as the intended assignee ("Intended Assignee"), Lessor (i) assigns all right, title, and interest in this lease to the Intended Assignee, under the terms of the Lease Plan Dealer Agreement in effect from time to time with the assignee (the "Dealer Agreement"), and (ii) assigns all right, title, and interest in the leased vehicle to the Intended Assignee, or its designee, under the terms of the Dealer Agreement. Lessor acknowledges that neither the Dealer Agreement nor this assignment renders Lessor an agent of the assignee.
LESSOR: _ PALMETTO ALFA ROMEO _ BY: X _____ TITLE: _____ DATE: _ 11/06/2019 _

**SEE OTHER SIDE FOR OTHER IMPORTANT AGREEMENTS INCLUDING A PROHIBITION OF TRANSFER OF YOUR INTEREST**

AF-671-FL 5/19
Copyright 2019 Ally Financial. All Rights Reserved. SmartLease is a registered service mark of Ally Financial.                Lease Agreement 10
                Ally Financial - Original        Customer - Blue        Dealer - Yellow        Filing - Green